Charles H. SITZES, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. 52044.

Missouri Court of Appeals,
Eastern District,
Division One.

April 21, 1987.

Motion for Rehearing and/or
Transfer Denied
June 2, 1987.

Application to Transfer Denied
July 14, 1987.

David C. Hemingway, Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Movant appeals from the denial of his Rule 27.26 motion after an evidentiary hearing. The Motion challenged his sentence of fifteen years after having been found guilty of second degree burglary. The sentence was to run consecutively with two concurrent five year sentences previously imposed.

The judgment of the trial court is based on findings of fact and conclusions of law which are not clearly erroneous. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).

William Chester HOUSE, Appellant,

v.

STATE of Missouri, Respondent.

No. 52122.

Missouri Court of Appeals,
Eastern District,
Division One.

April 21, 1987.

Motion for Rehearing and/or
Transfer Denied
June 2, 1987.

Application to Transfer Denied
July 14, 1987.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Byrona J. Kincanon, Asst. Attys. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Movant appeals from the denial of his Rule 27.26 motion without an evidentiary hearing. The motion challenged his two concurrent sentences of eight years after having pled guilty to two charges of forgery: uttering as genuine.

The judgment of the trial court is based on findings of fact and conclusions of law which are not clearly erroneous. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).